UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE MAYFIELD,<br><br>    Plaintiff,<br><br>v.<br><br>T. MYRICK, et al.,<br><br>    Defendants. | Case No. 18-03648 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice. Judgment is entered accordingly.

**IT IS SO ORDERED.**

**Dated:** October 15, 2018

_/s/ Beth Labson Freeman_
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.18\03648Mayfield_judgment